UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:

CASE NO. 04-BK-81862

ERROL L. RICHARDSON
TIFFINY RICHARDSON

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes, Jon C. Thornburg, Standing Chapter 13 Trustee, who reports the following:

1.

That pursuant to §347(a), Title 11 U.S.C., ninety (90) days after the final distribution under §1326, the Trustee shall stop payments on any check remaining unpaid, and any remaining property of the estate shall be paid into the Court for disposal under Chapter 129 of Title 28.

2.

That in the above-styled matter, ninety (90) days or more have passed since final distribution was made, and pursuant to Rule 3011, the name of the party to whom such non-negotiated distribution check was issued, the amount of the check, and their last known address is as follows:

All State Credit Plan, LLC
3337 Jackson Street
Alexandria, LA 71301
$91.59, Check No. 214211, dated 8/31/2009

3.

The Trustee's Check No. 218922, payable to the Clerk, U. S. Bankruptcy Court is attached hereto.

Respectfully submitted this 17 day of December, 2009.

Jon C. Thornburg, Chapter 13 Trustee
Post Office Box 1991
Alexandria, LA 71303